UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JIMMY ASHLEY,                                                                                           PLAINTIFF

CASE NO: 3:12-CV-00285-JLH/JJV

COLLCO, INC.,                                                                                           DEFENDANT

## FINAL ORDER

THIS CAUSE came before consideration of this Court upon the parties Joint Stipulation of Dismissal With Prejudice.

The Court has considered the Stipulation and the pertinent portions of the record, and being otherwise fully advised in the premises it is ORDERED AND ADJUDGED that:

1. This action be and same is hereby dismissed against Defendants with prejudice.
2. The Court shall retain jurisdiction for purposes of enforcing the settlement agreement entered into between the parties.
3. Except as set forth in the settlement agreement, all parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED this 5th day of March, 2013.

_____
U.S. DISTRICT JUDGE